ROUGET D. JENKINS *v.* INDEMNITY INSURANCE COMPANY OF NORTH AMERICA

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Snow G. Munford,* for the appellee (defendant).

*Leon R. Nemore,* for the appellant (plaintiff).

Argued December 4—decided December 4, 1962

ANNE OLECHNY ET AL. *v.* HERVE ST. CYR

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*J. Brooks Johnson,* for the appellee (defendant).

*Robert B. Cohen,* for the appellants (plaintiffs).

Argued December 4—decided December 4, 1962

ELM BUICK COMPANY, INC. *v.* GEORGE MOORE

The petition by Anthony I. Wells for leave to file a brief as amicus curiae is granted.

Submitted November 21—decided December 4, 1962

BOARD OF EDUCATION OF THE TOWN OF ELLINGTON *v.* TOWN OF ELLINGTON ET AL.

The petition by J. Read Murphy for leave to file a brief and to argue before this court as amicus curiae is granted.

Submitted November 16—decided December 4, 1962